RECEIVED APR 05 2021 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK



Lee Roy I Stansberry
Key Legal Justice person
Jones, Matasha Darryl our
222-7171 or 754-3460

Refiled 31th March 2021
D.O.J. Attorney General Garland
T.P Attorney 907-754-3460

IN THE UNITED STATES DISTRICT COURT'S
FOR THE DEPARTMENT OF CRIMINAL JUSTICE OUR
AT ANCHORAGE, F.P.D 202-514-2000 6463400

| Refiled Attorney General U.S C Duty or Merrick Garland Fleur L Robert Timothy M.Burgess Gov,s Bill, Mike Plaintiff Executive Pardon VS, Reclaim: Third Parties OUR. Attorney Director 754-3460 Files LeRoy I Stansberry Key Expert Pamela Darryl Jones, Matasha OPP 222-7171 OPA APP. OUR 754-3460 Application Court Legal Injury D.P. Injustice C, 021-3047-ERB | DA'Injury Case 021-30417 REQUEST TO APPOINTED THIRD PARTIES O.V.R. ATTORNEY TO FILES COMPLAINT OF ATTORNEY COURT APPEAL MAIL THEFT. DAMAGES DUE FOR. ACQUITTED FOR LEROY OUR DATED 7th April 2021 2# RECLAIM TO HABEUS CORPUS INJURY OF 28 U.SCAS 2254, 2255. |
|---|---|

The Application Third Parties Entry VR
complaint of Criminally Attorney Appeal court
Mail Theft Damaged To Stealing Lee Roy
Jeffrey Stansberry legally Acquitted Due April 17th

On 31th march, 2021 comes this Third
Parties Enter complaing of Criminally Attorney
Fleur Lie Roberts court Appeal Theft Damaged To
Lee Roy Jeffrey Stansberry legally Acquitted
Defense Expert To Prover New Policeman Victim
Fraud For Approved By U.S AGeneral Merrick Garland
Executive Acquitted Pardon Release On 7th April
2021 Due Habeus Corpus Injury of $7. Million
DP 31th March, 21      1 of 6    DOJ OUR, 754-3460

Left margin: My Legal Defense Report For Me Been Under State Prosecutorship Low Agency To Steal Black Person Freedom From By Cops FBI

Right margin: US Criminally Executive Police Abuse To Own Black State

On 3/31/2021 Enter United States Judge Timothy M. Burgess Dubious Agenda Too Falsely Defense Attorney Incrimination Injury.

1# Power Of Criminally Attorney Racial Injustice Profiling By Darryl Jones, Fleur Lie Roberts Mary Ostmo, G.Y.R. Henes, OPA Paul M, FPD Mary C, Johnson at 907-646-3400 app. Kevin D

2# State of Alaska Court Dubious

Judge Misadvocation Executive Pardon Resolution Damages of $130, A-Day, 16-17 years of Gov. S Bill Walker, 2018, Mike Dunleavy 2019 to 2021 A-13291 to 3AN-17-07947CI. Due

3# Now 31th March, 2021 Alaska court Dubious Judge Have A-Bus A Gangage, Over Alaskan Plaintiff, Lenoy Justice Right Case of 17. Million Deaths

---

Rep L Buther Law Office    Use Certified Mail 2021
745, W. 4 th Ste 300        Unti Send Me, C.Mulm
Anch, AK 99301
                To Lee Kay J Stansberry
                1300, E. 4th Ave ACCW
                Anchorage Alaska 99501

Legal Certified Attorney Court Mailing By USPS

---

Alaska Bar Association Lawyer Miscommunication Betrayal at 907-272-0352, 272-9431
IT IS HEREBY MANDATORY FOR ALL COURT LAW AGENCY ATTORNEY TO USE Certified Attorney Court Mailing Service of Judicial Process Server of U.S Marshals Stop Judge Breach of Confidentially Damaged in My Abuse Date 03/31/2021 Rex, L, Matoho 274-1487

IN THE UNITED STATES DISTRICT COURTS
AT Department of Criminal Justice Prosecution Duty
Calls 202-514-2000 & FBI 907-646-3400

Refiled Deputy Attorney General Executive Duty
on 31th March 2021 10 HEREBY
MANDATORY REQUEST FOR DEPUTY ATTORNEY
GENERAL TO APPOINTED THIRD PARTIES
COUNSEL OF OUR ATTORNEY TO ENTER LODGY
COMPLAINT OF CRIMINALLY ATTORNEY CCCM
THEFTS DUE FOR ACQUITTED DECISION HER
EXECUTIVE PARDON HEARING DUE ON DATES
17th April 2021 Time 1:30 pm By

STATE OF ALASKA PEOPLE HEARING NOTICES
Criminally Judicial Bar Association
Dept of Criminally Attorney Police Abuse Stuff
Legit Legal Third Parties Due Hearins

OUR S/S copy       30th 2021 march
Enter Third Parties OUR 754-3460
or Bar Association Attorney
907-272-0352

Reclaim of HCDumaged By *Lee Roy* 3/31 2021
By Lee Roy 7 Stansberre
Reclaim of Habesu Corpus Injury

Deputy 1S1 copy     30th 2021 ARS

Certify DA court Public Recorder Office of
DOJ Attorney General U.S.C. Law Merrick
Garlane DOC Stuff Premditated Police Abuse
FBI

IN THE UNITED STATES DISTRICT COURTS
FOR THE DEPT OF CRIMINAL JUSTICE ATTORNEY DOTY
AT ANCH AK 99513, CALL 202-514-2000
OUR RACE GO TO PLAYING DEVIL ADVOCATE, etc

Refiled Deputy Attorney
General Merrick Garland
Fleur L. Roberts, Timoth M.
OVR Attorney, D.A. Office
Plaintiff Executive

VS

Reclaim Leeroy J Stansberr
my OVR-Third Parties Homes
Barrel Dams
Application Pardon Injury
D.A. Injustice 021-3047-EAD

D.A. Injury Case
021-3047, EAD
Enter on 31th March 21
Complaint of Criminally
Attorney capitalism
of P.F.D. Money
$5, Billion Injustice
Police Damaged in
Alaskan Person, etc

ENTRY UNITED STATES ATTORNEY GENERAL
DEPUTY, DUE FOR EXECUTIVE ACQUITTED DUTY
ENTRY U.S.C. ATTORNEY GENERAL
MERRICK GARLAND, etc EXECUTIVE PARDON
ACQUITTED CLAIM TO RELEASING LEE ROY
J STRAWBERRY, SSN 307-82-94__ ON DATED
7th April 2021 Time 1:30 am With Prejudice Injury

Refiled Executive Pardon S/ Copy    3/31/21
U.S.C Attorney G Merrick Garland
etc a DOJ 202-514-2000

31th march 2021 Key S/S Copy    3/31/21
Alaskan Office of Victims Rights
Attorney Director, 754-3460

New Executive Acquitted With out Approval of
Judge D.A. S/ copy   31th 2021 march
3/31/21 Without Timoth M. Burgess
Abuse Habes Corpus Law Opportunities
To Capitalism On Blackman CJS P. System
OF 3/31/21B Copy #

31th March 2021 Criminally Police Prison
Stuff Make Mild Stereotype Threat to me

Case 3:21-cv-00086-RRB   Document 1   Filed 04/05/21   Page 4 of 6

Le Roy I Stansherry DA 276000
Anchorage Correction Complex VV
1300; E, 4th Ave    O.V.R. Mail Copy
Anchorage, Alaska; 99501

Complaint of Habers Corpus
Damages of State Praderator,

To Law Clerk of Judge T.M. B, etc
For UNITED STATES DISTRICT COURTS
222. W, 4th Ave #4 D.A. Record
Anchorage, Alaska 99513,

Enter On 30th March, 21 Criminally Attorney court Mail Theft,
Damages of 77-Million to Castrousism on My B Fred

Court Mail D.A copy on 30th March 21

03-30-21 verified by Dee Lutty

any legal confidentially request for US District Judge Burgess to Appointed Third Parties Civil Attorney Enter Criminally Misconduct of Roberts D.A. James Roark Mail Theft Collapse Be reinstate By Re-Nunc Complaint